# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HEMP, LLC <br><br> *Plaintiff,* <br> v. <br><br> UNITED STATES OF AMERICA <br><br> *Defendant.* | Case No.: 1:25-cv-1797 <br><br> Judge:  Sparkle L. Sooknanan |

## NOTICE OF VOLUNTARY DISMISSAL
UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Capitol Hemp, LLC, by and through counsel, hereby gives notice of the voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Answer or Motion for Summary Judgment has been filed.

Dated: **November 22, 2025**                                   Respectfully submitted,

                                                                                        **/s/ Pamela Wexler, Esq.**

                                                                                        Pamela Wexler, Esq.
                                                                                        DC Bar #1600518
                                                                                        WexlerESQ, LLC
                                                                                        3701 Connecticut Avenue NW #440
                                                                                        Washington, D.C. 20008
                                                                                        pamela@wexleresq.com
                                                                                        (202) 744-6443

## CERTIFICATE OF SERVICE

I hereby certify that on **November 22, 2025**, I filed the foregoing Notice through the Court's CM/ECF system which will provide electronic notice to all counsel of record.

Respectfully submitted,

/s/ **Pamela Wexler, Esq.**

———————————————————

Pamela Wexler, Esq.
DC Bar #1600518
WexlerESQ, LLC
3701 Connecticut Avenue NW #440
Washington, D.C. 20008
pamela@wexleresq.com
(202) 744-6443